UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY_____ D.C.

05 OCT 27 PM 3:23

MARCUS SEYMOUR,
    Plaintiff

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

v.                                      CIVIL NO. 04-2261 DP

UNITED STATES POSTAL SERVICE and
JOHN E. POTTER, Postmaster General,
    Defendants

## MOTION TO MODIFY THE SCHEDULING ORDER AND MEMORANDUM IN SUPPORT

The Defendants, United States Postal Service and John E. Potter, move the Court for an order amending the Scheduling Order in this case to allow the Plaintiff more time to respond to Defendant's discovery requests and to permit the Defendant to take the Plaintiff's deposition..

The Court entered a Rule 16(b) Scheduling Order on May 4, 2005, requiring the parties to make initial disclosures pursuant to Fed. R. Civ. Pro. 26(a)(1) by May 16, 2005. Further the Scheduling Order required the parties to complete discovery by November 1, 2006 and to file dispositive motions by January 13, 2006. In a separate order the Court set a trial for April 17, 2006.

On June 10, 2005, the Defendants submitted Interrogatories and Requests for Production of Documents to the Plaintiff. Pursuant to Fed. R. Civ. P. 33(b) and 34(b) the responding party must submit a response to said interrogatories and request for production of documents within 30 days after service of same. While the undersigned and the attorney for the Plaintiff have discussed the issue of the Plaintiff's response to the interrogatories and request for production of documents on more than one occasion, the Plaintiff has been unable to provide a response as of the date of the filing of this motion. The Defendants desire to take the oral deposition of the

**MOTION GRANTED**

DATE: 10-27-2005

/s/ Bernice Bouie Donald
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10/28/05

Plaintiff, but prefers to do so after receiving the Plaintiff's response to the written discovery. Since the deadline for completing discovery is fast approaching, the Plaintiff must seek a short extension of the deadline for completing discovery and for submitting a dispositive motion.

Based on the assurances of counsel for the Plaintiff that responses to the Defendant's discovery is forthcoming, the Defendants would propose the deadline for completing discovery be extended to November 30, 2005, and that the deadline for submitting dispositive motions be extended to February 13, 2006.

                Respectfully submitted,

                LAWRENCE J. LAURENZI
                Acting United States Attorney

By: _____
     Gary A. Vanasek (BPR 4675)
     Assistant U.S. Attorney
     Suite 811
     200 Jefferson Avenue
     Memphis, TN 38103

     (901) 544-0563

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

MARCUS SEYMOUR,
    Plaintiff

v.                                               CIVIL NO. 04-2261 DP

UNITED STATES POSTAL SERVICE and
JOHN E. POTTER, Postmaster General,
    Defendants

## CERTIFICATE OF CONSULTATION

I hereby certify that I have consulted with counsel for the Plaintiff on the substance of the attached motion and have been advised by counsel that the Plaintiff does not oppose the relief requested.

_____
Gary A. Vanasek
Assistant U.S. Attorney

Date: 10/24/05

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing pleading first class postage pre-paid to John R. Hershberger, 239 Adams Avenue, Memphis, TN 38103 on this the 18th day of October, 2005.

Gary A. Vanasek
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02261 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Cynthia Ray Eggleston
UNITED STATES POSTAL SERVICE
225 North Humphreys Blvd.
Memphis, TN 38166--017

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT