IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARCUS SEYMOUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil File No. 04-2261 DP |
| ) | JURY TRIAL DEMANDED |
| UNITED STATES POSTAL SERVICE, ) | |
| and JOHN E. POTTER, Postmaster General ) | |
| ) | |
| Defendant ) | |

---

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY PERIOD,
MOTION DEADLINES, AND FOR NEW TRIAL DATE

---

This cause came to be heard on the Plaintiff's Motion for EXTENSION OF DISCOVERY PERIOD, MOTION DEADLINES, AND FOR NEW TRIAL DATE. Based on the facts asserted in the motion, and the representations of all counsel, and for good cause shown, the Court is of the opinion that this Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED and a Scheduling Conference shall be set pursuant to further Orders and Notices of this Court.

JUDGE

DATE: December 21, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02261 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Cynthia Ray Eggleston
UNITED STATES POSTAL SERVICE
225 North Humphreys Blvd.
Memphis, TN 38166--017

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
200 Jefferson
Suite 811
Memphis, TN 38103

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT